JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408)292-1040
FAX (408)292-1045

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CELIA HEREDIA,

    Plaintiff,

vs.

GULJINDER SUMMAN, INDERJIT SUMMAN, SATNAM SUNNAM, and SURINDER SUMMAN, dba MORGAN HILL DISCOUNT CLEANERS and DOES 1-10

    Defendants

Case No. C07 02714 PVT

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial.

May 22, 2007

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 10