**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CELIA HEREDIA,                                            C 07-2714 PVT

    *Plaintiff(s)*,

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

GULJINDER SUMMAN, ET AL.,

    *Defendant(s)*.

---

    Please take notice that the Case Management Conference scheduled for August 28, 2007 at 2:00 p.m. has been rescheduled to **September 4, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 2, 2007

/s/ Corinne Lew
---
Corinne Lew
DEPUTY CLERK

Copies mailed to:

**Guljinder Summan**
**Inderjit Summan**
**Satnam Summan**
**Surinder Summan**

16990 Monterey Rd
Suite 130
Morgan Hill, CA 95037-5150