MATTHEW RAFAT (SBN 221577)
PO BOX 111351
CAMPBELL, CA 95011-1351
408-871-2899

Attorney for Defendants

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNLIMITED JURISDICTION

| | |
|---|---|
| CELIA HEREDIA, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>GULJINDER SUMMAN, an individual,<br>INDERJIT SUMMAN, an individual,<br>SATNAM SUMMAN, an individual,<br>SURINDER SUMMAN, an individual,<br>Dba MORGAN HILL DISCOUNT<br>CLEANERS and DOES 1-10, inclusive<br><br>      Defendants. | CASE No.: C-07-02714 PVT<br><br>SUBSTITUTION OF ATTORNEY |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Former legal representative GULJINDER SUMMAN, INDERJIT SUMMAN, SATNAM SUMMAN, and SURINDER SUMMAN dba Morgan Hill Discount Cleaners represented themselves.

Their new legal representative is Matthew Rafat, Esq., SBN 221577, PO Box 111351, Campbell, CA 95011.  t-408-871-2899; t-408-295-3367.  Prefer email: willworkforjustice@yahoo.com

The parties making this substitution are Defendants.

I consent to this substitution.

| | |
|---|---|
| Date: August __21___, 2007 | /sd/ GS_____<br>GULJINDER SUMMAN, in pro per |
| Date: August __21___, 2007 | /sd/ IS_____<br>INDERJIT SUMMAN, in pro per |
| Date: August __21___, 2007 | /sd/ SS_____<br>SATNAM SUMMAN, in pro per |
| Date: August __21___, 2007 | /sd/SS_____<br>SURINDER SUMMAN,<br>dba MORGAN HILL<br>DISCOUNT CLEANERS<br>In pro per |

I accept this substitution.

| | |
|---|---|
| DATED: August 22, 2007 | /sd/ Matthew Rafat<br>Matthew Rafat<br>Attorney at Law |

_____2
**Substitution of Attorney**
Case No. C-07-02714