UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 9/4/07

Court Reporter: FTR                 Clerk: C. Lew

Case No:C 07-02714 PVT             Case Title: Celia Heredia  vs.  Guljinder Summan

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| James Dal Bon | Matthew Rafat |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status       [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other        **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted           [ ] Settled

[ ] Denied             [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part            [ ] Off Calendar


[X] Case referred to ENE. Jury Trial set for 12/1/08 at 9:30 a.m.; Pretrial Conference set for 11/18/08 at 2:00 p.m.; Motions Hearing set for 10/28/08 at 10:00 a.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion


cc:ENE