FILED

SEP 0 4 2007

NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Celia Heredia

Plaintiff(s),

v.

Guljinder Summan

Defendant(s).

_____/

No. C 07-2714 PVT

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/4/07

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")