UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CELIA HEREDIA, | ) | Case No.: C 07-2714   PVT |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE ORDER** |
| v. | ) | |
| | ) | |
| GULJINDER SUMMAN, INDERJIT SUMMAN, SATNAM SUNNAM, AND SURINDER SUMMAND, dba MORGAN HILL DISCOUNT CLEANERS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 4, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

Plaintiff shall be limited to a maximum of five depositions and each Defendant shall be

limited to a maximum of four depositions each.

IT IS FURTHER ORDERED that the parties are referred to the Court's ENE program. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | June 30, 2008 |
| Plaintiff's Designation of Experts with Reports | July 31, 2008 |
| Defendant's Designation of Rebuttal Experts with Reports | August 20, 2008 |
| Expert Discovery Cutoff | September 30, 2008 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on October 28, 2008 |
| Final Pretrial Conference | 2:00 p.m. on November 18, 2008 |
| Trial | 9:30 a.m. on December 1, 2008 |

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: September 6, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."

ORDER, *page 2*