# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Heredia,<br><br>         Plaintiff(s),<br><br>   v.<br><br>Summan,<br><br>         Defendant(s). | 07-02714 PVT ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Edwin L. Currey**
Law Offices of Edwin L. Currey
20 California St., 7th Fl.
San Francisco, CA 94111
415-277-2515

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02714 PVT ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: September 19, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:   Alice M. Fiel

7

8  _____
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02714 PVT ENE                         - 2 -