JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Celia Heridia

　　　　　　　Plaintiffs,

　　vs.

Gujinder Summan, Morgan Hill Discount Cleaners et al

　　　　　　　Defendants,

Case No: C07-02714

VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(ii)

1)   The parties having entered into a settlement agreement on 11/28/07, hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii).

with prejudice.

Voluntary Dismissal - 1

1  Dated: February 1, 2008

_____
James Dal Bon for the Plaintiff
Law Offices of James Dal Bon

Dated: February 1, 2008

_____
Matthew Rafat
Law Offices of Matthew Rafat
PO Box 111351
Campbell, CA 95011

Voluntary Dismissal - 2